Thomas R. Fawkes (*pro hac vice*)
Brian J. Jackiw (*pro hac vice*)
**TUCKER ELLIS LLP**
233 S. Wacker Dr., Suite 6950
Chicago, Illinois 60606
Telephone: (312) 624-6300
Facsimile: (312) 624-6309

Brigid M. Higgins (Nevada Bar No. 5990)
**BLACK & WADHAMS**
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669

Counsel to the Official Committee of Unsecured Creditors
of Gypsum Resources Materials, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>GYPSUM RESOURCES MATERIALS, LLC<br><br>☒  Affects Gypsum Resources Materials, LLC<br><br>☐ Affects Gypsum Resources, LLC<br><br>☐ Affects All Debtors | Case No. BK-S-19-14796-mkn<br><br>Jointly Administered with<br>Case No. BK-S-19-14799-mkn<br><br>Chapter 11<br><br>Adv. No. 21-01113-mkn |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GYPSUM RESOURCES MATERIALS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE GROUP, INC.<br><br>               Defendant. | **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |

5415531.1

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice, with the consent of the Defendant. An answer has not been filed.

DATED: February 3, 2022　　　　　　　　　Respectfully Submitted,

**The Official Committee of Unsecured Creditors of Gypsum Resources Materials, LLC**

By:  /s/ Brian J. Jackiw
　　　One of Its Attorneys

**BLACK & WADHAMS**

Brigid M. Higgins
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801

*Local Counsel for the Committee*

**TUCKER ELLIS**

Thomas R. Fawkes (*pro hac vice*)
Brian J. Jackiw (*pro hac vice*)
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
Tel:  (312) 624-6300
Thomas.Fawkes@tuckerellis.com
Brian.Jackiw@tuckerellis.com

*Counsel for the Committee*

5415531.1